ARTHUR A. McLEAN, Respondent, *v.* DENNIS RYAN, Appellant.

*McLean* v. *Ryan,* 36 App. Div. 281, affirmed.
(Argued November 26, 1900; decided December 11, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John W. Boothby* for appellant.

*John J. Delany* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

THE GRAVES ELEVATOR COMPANY, Respondent, *v.* MICHAEL J. CALLANAN, Appellant.

*Graves Elevator Co.* v. *Callinan,* 37 App. Div. 625, affirmed.
(Argued November 26, 1900; decided December 11, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 2, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*T. F. Conway* for appellant.

*John A. Barhite* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J., and O'BRIEN, J.